ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 APR -8 A 9:49
CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| BRIAN-PATRICK: MALVERDI d/b/a Brian P. Malverty, <br><br> Plaintiff, <br><br> v. <br><br> JAMES DONALD, Commissioner, et al., <br><br> Defendants. | ) ) ) ) ) ) ) CV 307-085 ) ) ) ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the above-captioned case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 8th day of April, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE